No. 94–7447. CHAPA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7450. MARTINEZ *v.* NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7451. STEPHENS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7452. WILLIAMS *v.* UNITED STATES SUPREME COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–7453. ROUSE *v.* UNITED STATES;
No. 94–7496. BRYANT ET AL. *v.* UNITED STATES; and
No. 94–7521. WARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7454. FITCH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7456. MARTIN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 94–7457. MCDANIEL *v.* CODY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7458. GOWEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7459. FELION *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7461. LOCKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7462. ARCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7463. HARRIS *v.* RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 94–7465. KRAMER *v.* UNIVERSITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7466. CLIFTON *v.* SUBURBAN CABLE TELEVISION CO., INC., ET AL. Super. Ct. Pa. Certiorari denied.